IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02582-BNB

CHARLES LOWELL KENTZ,

    Applicant,

v.

J. M. WILNER,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 26 2007

GREGORY C. LANGHAM
CLERK

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On December 12, 2007, the Court entered an order directing the clerk of the Court to commence the instant civil action and directing Applicant to cure a deficiency in this case. Specifically, Applicant was directed either to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action or to pay the $5.00 filing fee. On December 20, 2007, Applicant submitted a motion asking the Court to amend the December 12 order to cure because he had submitted the required $5.00 filing fee. The motion is GRANTED. A search of the Court's financial records reveals that the $5.00 filing fee payment was received from Applicant on December 12. The Court's docketing records have been corrected to reflect that payment. Therefore, to the extent the December 12 order directed Applicant to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, the order is VACATED.

Dated: December 26, 2007

---

Copies of this Minute Order mailed on December 26, 2007, to the following:

Charles Lowell Kentz
Reg. No. 12015-112
FCI - Florence
PO Box 6000 - Mesa A
Florence, CO 81226

                                                                  Secretary/Deputy Clerk